UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2014 AUG -6 PM 2:41

CLERK
BY _____
DEPUTY CLERK

| | |
|---|---|
| ANDREA KONTROVITZ SHADER, ) | |
| ) | |
| Appellant, ) | |
| ) | |
| v. ) | Case No. 5:14-cv-00152 |
| ) | |
| BRATTLEBORO SAVINGS & ) | |
| LOAN ASSOCIATION, ) | |
| RIVER VALLEY CREDIT UNION, ) | |
| ) | |
| Appellees. ) | |

### ORDER GRANTING MOTION FOR LEAVE TO PROCEED
### *IN FORMA PAUPERIS*
(Doc. 1)

Appellant Andrea Kontrovitz Shader ("Ms. Shader") has filed a motion seeking to proceed *in forma pauperis* on appeal from a July 1, 2014 Order issued by the U.S. Bankruptcy Court.

This court has discretion to waive the required bankruptcy appeal filing fees pursuant to 28 U.S.C. § 1930(f)(2) and 28 U.S.C. § 1915 (a)(1) upon a showing that the person is unable to pay such fees. Ms. Shader has submitted an affidavit that makes the showing required under § 1915(a)(1). Accordingly, the request to proceed *in forma pauperis* (Doc. 1) is GRANTED.

Because the motion for leave to proceed *in forma pauperis* (Doc. 1) is granted, Ms. Shader may file, and the Clerk of the Court shall the accept, the docket on appeal without prepayment of the required fees.

SO ORDERED.

Dated at Burlington, in the District of Vermont, this ___5th___ day of August, 2014.

_____
Christina Reiss, Chief Judge
United States District Court